DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
DAVID McGOWAN (SBN 154289)
dmcgowan@durietangri.com
JESSICA E. LANIER (SBN 303395)
jlanier@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:   415-362-6666
Facsimile:   415-236-6300

Attorneys for Defendants
BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY
and TIMOTHY WHITE

(*Additional counsel continued on following page*)

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AKAYLA MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY,<br><br>Defendant. | Case No. 2:20-cv-03833-SVW-SK<br><br>**DEFENDANTS' NOTICE OF RECENT DECISION**<br><br>Ctrm:  10A<br>Judge:  Honorable Stephen V. Wilson |
| HELEN RIFAT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY,<br><br>Defendant. | Case No. 2:20-cv-04421-CJC-RAO |

DURIE TANGRI LLP
MICHAEL J. PROCTOR (SBN 148235)
mproctor@durietangri.com
ANDREW ESBENSHADE (SBN 202301)
aesbenshade@durietangri.com
953 East 3rd Street
Los Angeles, CA 90013
Telephone:  213-992-4499
Facsimile:   415-236-6300

CALIFORNIA STATE UNIVERSITY OFFICE OF GENERAL COUNSEL
SUSAN WESTOVER (SBN 151211)
swestover@calstate.edu
WILLIAM HSU (SBN 108922)
whsu@calstate.edu
BRIAN VILLARREAL (SBN 234690)
bvillarreal@calstate.edu
MICHAEL T. TAM (SBN 260056)
mtam@calstate.edu
401 Golden Shore
Long Beach, CA 90802-4210
Telephone:  562-951-4500
Facsimile:   562-951-4956

Attorneys for Defendants
BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY
and TIMOTHY WHITE

Defendants the Board of Trustees of the California State University and Chancellor Timothy White (Collectively "Defendants") respectfully submit this Notice of Recent Decision to bring to the Court's attention the decision from the Central District of California issued December 11, 2020, in *Steven J. Lindner, et al. v. Occidental College,* Case No. CV-20-8481-JFW(RAOx), granting defendant Occidental College's Motion to Dismiss Plaintiffs' First Amended Complaint.  This decision is relevant to Defendants' motions to dismiss in both the *Miller* and *Rifat* matters pending before the Court.  A true and correct copy of the Order Granting Motions to Dismiss is attached hereto as **Exhibit A**.

Dated:  December 14, 2020                    DURIE TANGRI LLP

                                        By: _____*/s/ Andrew Esbenshade*_____
                                                  DARALYN J. DURIE
                                                  MICHAEL J. PROCTOR
                                                  DAVID McGOWAN
                                                  ANDREW ESBENSHADE
                                                  JESSICA E. LANIER

                                        Attorneys for Defendants
                                        BOARD OF TRUSTEES OF THE
                                        CALIFORNIA STATE UNIVERSITY
                                        and TIMOTHY WHITE

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2020 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Andrew Esbenshade*

DARALYN J. DURIE
MICHAEL J. PROCTOR
DAVID McGOWAN
ANDREW ESBENSHADE
JESSICA E. LANIER

DEFENDANTS' NOTICE OF RECENT DECISION /
CASE NOS. 2:20-CV-03833-SVW-SK & 2:20-CV-04421-CJC-RAO